JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| REBECCA JOHNSON, as successor in interest to THOMAS JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>CIGNA LIFE INSURANCE COMPANY OF NEW YORK,<br><br>Defendant. | Case No: EDCV13-01056 VAP(OPx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

**O R D E R**

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: April 25, 2014

*/s/ Virginia A. Phillips*
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE